MARBA SEA BAY CORPORATION, Appellant, *v.* CLINTON STREET REALTY CORPORATION et al., Defendants, and THE CITY OF NEW YORK, Respondent.

ARVERNE-BY-THE-SEA COMPANY, Appellant, *v.* HELEN M. AMERMAN et al., Defendants, and THE CITY OF NEW YORK, Respondent.

BOARDWALK DEVELOPMENT CO., INC., Appellant, *v.* JULY DEVELOPMENT CO., INC., et al., Defendants, and THE CITY OF NEW YORK, Respondent.

Submitted April 18, 1938; decided April 22, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 292.)

ELIZABETH C. REISINGER et al., Appellants, *v.* THE PULL-MAN COMPANY, Respondent.

Submitted April 18, 1938; decided April 22, 1938.,

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 679.)